UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

SEP 1 0 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Kenneth Richard Allison, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 99-3788 |
| Knox Askins, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with this court's Order Adopting Memorandum and Recommendation of even date, this court DISMISSES this suit.

Plaintiff is to bear the reasonable costs of court.

SIGNED on September 6,  at Houston, Texas.

Lee H. Rosenthal
United States District Judge

98611146 P:\CASES\99\99-3788\99-3788 c01

49