```
                                                            United States Courts
                                                           Southern District of Texas
                                                                   ENTERED
       IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS                    OCT  1 2001
                   HOUSTON DIVISION
                                                          Michael N. Milby, Clerk of Court
```

| | |
|---|---|
| KENNETH RICHARD ALLISON, § | |
|     Plaintiff § | |
| § | |
| VS. § | Civil Action, File No. H-99-3788 |
| § | |
| KNOX ASKINS and JOHN D. § | |
| ARMSTRONG § | |
|     Defendants § | |

## ORDER

The Court, having considered Plaintiff's Motion for Reconsideration and Defendants' Opposition thereto, finds that the Motion should be DENIED.

Signed this **1st** day of **October**, 2001.

_____
**LEE ROSENTHAL**
**UNITED STATES DISTRICT COURT JUDGE**

#53