# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

```
                                              U.S. COURT OF APPEALS
          No. 01-21045                              FILED
          Summary Calendar
                                                  JUN 1 8 2002

     D.C. Docket No. H-99-CV-3788              CHARLES R. FULBRUGE III
                                                       CLERK
```

KENNETH RICHARD ALLISON

       Plaintiff - Appellant

v.

KNOX ASKINS; JOHN D ARMSTRONG; CHARLES R HUBER, JR; J B WILLIAMSON; A GOONIE; DANIEL E WALTERS; DEBBIE S WILMORE; CITY OF LA PORTE; JOHN DOE #1; NORMAN MALLONE; ROBERT T HERRERA; BOBBY POWEL

       Defendants - Appellees

```
United States Courts
Southern District of Texas
       FILED
    JUL 1 2 2002
Michael N. Milby, Clerk of Court
```

      Appeal from the United States District Court for the Southern District of Texas, Houston.

Before DAVIS, BENAVIDES, and CLEMENT, Circuit Judges.

## J U D G M E N T

      This cause was considered on the record on appeal and the briefs on file.

      It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:  JUL 1 0 2002

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
                   Deputy
New Orleans, Louisiana

56



JUL 1 0 2002